# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**BELINDA S. LEWIS,**

    Plaintiff,

vs.                                   **CASE NO. 1:09CV139-MP/AK**

**MICHAEL J. ASTRUE,**

    Defendant.

_____/

## O R D E R

Presently before the Court is Defendant's Motion for Enlargement of Time to file a responsive memorandum. (Doc. 11). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have through February 19, 2010, to file the memorandum.

**DONE AND ORDERED** this **19**th day of January, 2010.

                                                    *s/ A. KORNBLUM*
                                                    **ALLAN KORNBLUM**
                                                    **UNITED STATES MAGISTRATE JUDGE**